THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WALTER D. VALENTINE et al., Appellants.

*People* v. *Valentine*, 90 App. Div. 606, affirmed.
(Argued November 30, 1904; decided December 16, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 12, 1904, which affirmed judgments of the Court of General Sessions in the county of New York rendered upon a verdict convicting the defendants of petit larceny.

*Asa Bird Gardiner* and *James P. O'Connor* for appellants.

*William Travers Jerome, District Attorney* (*Howard S. Gans* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.